1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   MAURICE V. ROBERSON,                    Case No. 1:23-cv-00873-SKO

12                  Plaintiff,               **ORDER TRANSFERING ACTION TO SACRAMENTO DIVISION**

13          v.

14   DEPARTMENT OF STATE
     HOSPITALS-COALINGA, et al.,
15
16                  Defendants.

17          Plaintiff Maurice V. Roberson, a civil detainee, is proceeding *pro se* in this civil rights

18   action.

19          **I.      INTRODUCTION**

20          On June 7, 2023, Defendants filed a notice of removal, removing Plaintiff's state court

21   action from the Fresno County Superior Court to this Court pursuant to 28 U.S.C. § 1442(a)(3).

22   (Doc. 1.)  Following an initial review of Plaintiff's complaint, the undersigned learned one of the

23   named defendants in the complaint is employed in the Clerk's Office of this Court.

24          The Court's Local Rule 120(f) states: "Whenever in any action the Court finds upon its

25   own motion, motion of any party, or stipulation that the action has not been commenced in the

26   proper court in accordance with this Rule, or for other good cause, the Court may transfer the

27   action to another venue within the District." Since Plaintiff's complaint names a defendant who is

28   alleged to be associated with the Fresno Division of the Clerk of the Court's office, good cause

exists to transfer this action from the Fresno Division to the Sacramento Division.

**II.      CONCLUSION AND ORDER**

Accordingly, **IT IS HEREBY ORDERED** that:

1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2.  All future filings shall reference the new Sacramento case number assigned and shall be filed at:

>                     United States District Court
>                     Eastern District of California
>                     501 I Street, Room 4-200
>                     Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   **June 8, 2023**                              _/s/ Sheila K. Oberto_
                                                   UNITED STATES MAGISTRATE JUDGE

2